UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 02 2025 ★

BROOKLYN OFFICE

---------------------------------------------------------

RYAN BROWN-CARTER

**CASE NO. 1:25-cv-02158-HG-ARL**

Plaintiff,

**AMENDED COMPLAINT**

V.

TRANSUNION, LLC

RECEIVED
JUN 02 2025
PRO SE OFFICE

Defendant.

------------------------------------------------------

Plaintiff Ryan Brown-Carter ("Plaintiff"), proceeding pro se, hereby submits this First Amended

Complaint against TransUnion LLC ("TransUnion" or "Defendant"), correcting Defendant's

name and addressing the concerns raised by Defendant.

REC'D IN F  U SE OFFICE
JUN 2  '5 AM9:30

### INTRODUCTION

1.     This action arises out of repeated violations of the Fair Credit Reporting Act

(15 U.S.C. 1681 et seq) and the New York Fair Credit Reporting Act (NY Gen Bus Law

380 et seq.) by Defendant **Transunion** against **Plaintiff**.

2.     This action seeks relief against Defendant for reporting inaccurate and.or

misleading information on **Plaintiff's** credit report in violation of § 1681e(b); for

Defendant's failure to conduct a reasonable investigation into **Plaintiff's** disputes in

violation of § 1681i(a); and for failing to provide Plaintiff with a complete and accurate

disclosure of the information in their consumer file upon request, in violation of 1681g.

3.     This action also seeks relief against **Defendant** pursuant to NY FCRA §

380-F for failing to comply with the proper procedures for resolving disputes after a

consumer disputes an item and failing to promptly remove inaccurate and or misleading information.

4.    **Plaintiff** seeks an Order enjoining Defendant injurious conduct and to recover inter alia, statutory damages, and fees and expenses for injuries suffered as a result of Defendants erroneous reporting of inaccurate information in **Plaintiff;s** consumer reports.

5.    As a result of **Defendant's** conduct in misreporting and failing to reasonably investigate the dispute and correct inaccuracies, Plaintiff has sustained actual damages including, but not limited to: a decreased credit score, decreased credit worthiness and credit capacity; emotional and mental pain due to the anxiety and stress of the negative credit impact of the errors at issue despite taking steps to resolve it: the dissemination of this inaccurate reporting to third party prospective creditors.

6.    **Plaintiff** seeks to recover monetary damages for Defendants violation of the FCRA.

## JURISDICTION & VENUE

7.    Jurisdiction is conferred by 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

8.    Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events occurred in this district.

## PARTIES

9.    Plaintiff **Ryan Brown-Carter** is an adult who is a citizen of the State of New York residing in Queens County, New York.

10.      **Plaintiff** is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c) and NY FCRA § 380-a(b).

11.      **Defendant** TransUnion regularly assembles consumer credit information for the purpose of furnishing credit information and, thus, is a "consumer reporting agency" as defined under 15 U.S.C. § 1681a(f) and NY FCRA 380-A(e), that regularly conducts business in this judicial district.

12.      **Defendant** TransUnion by contractual agreement, disseminates consumer background reports for remuneration to third parties.

## SUBSTANTIVE ALLEGATIONS OF FCRA

13.      Congress enacted  § 1681 et seq. of Title 15 of the United States Code, § 1681(a) which states as follows:

(1)      The banking system is dependent upon **fair and accurate credit** reporting. **Inaccurate credit reports directly impair the efficiency of the banking system,** and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.

(2)      An elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character and general reputation of consumers.

(3)      Consumer reporting agencies have assumed a vital role in assembling and evaluating consumer credit and other information on consumers.

(4)      There is a **need to insure that consumer reporting agencies exercise their grave responsibilities with fairness,** impartiality, and a respect for the consumers right to privacy.

14. .      FCRA mandates that CRAs adhere to the following duties: (i) to assure maximum possible accuracy of information when preparing consumer reports and to set up reasonable policies procedures to maintain compliance with this minimum reporting standard; and (ii) to

reinvestigate the facts and circumstances surrounding a dispute by consumers and to appropriately and timely correct any inaccuracies, including by quickly notifying the furnisher and any other parties in the distribution chain of the disputed inaccuracies.

15. CRAs compile, maintain and report information concerning the creditworthiness, credit-standing, credit capacity, character, and general reputation of consumers, including Plaintiff. That information is then made available for use by third parties in credit transactions involving consumers, for employment purposes, for the underwriting of insurance for consumers, and even housing.

16. Plaintiff has a legally protected interest in the Defendant fulfilling their duties under the FCRA so that the credit information being furnished and reported by them is maintained fairly, with the maximum levels of confidentiality, accuracy, and relevancy.

## The Dispute Method Of Correcting False/Incomplete Information Under the FCRA

17. When a consumer, such as **Plaintiff, realizes** there is false or incomplete information on their credit reports or consumer disclosures, **Plaintiff** has the right to dispute this with **Defendant** TransUnion.

18. The consumer simply disputes (verbally by phone, online, by fax, or by mail) to Defendant TransUnion and requests an investigation of information so that the information will be corrected (if possible) or deleted.

19. **Defendant TransUnion** must notify the furnisher(s) of the dispute within the time limits set forth by the FCRA.

20. If **Defendant TransUnion** does not notify the furnisher(s) as required by the FCRA, this is a violation of the FCRA by **Defendant TransUnion.**

21. **Defendant TransUnion** must do its own reasonable investigation into the dispute which includes examining all information **Defendant TransUnion** has or can reasonably obtain to assist in the investigation.

22. **Defendant TransUnion** must correct inaccurate or incomplete information or delete the account if the account is found to be inaccurate or incomplete or cannot be verified for accuracy.

## The Accounts At Issue

23. **Plaintiff** disputed Accounts that had errors on **Plaintiff's TransUnion** reports that Defendant TransUnion did not make accurate or complete and that **Defendant TransUnion** did not delete.

24. The Accounts are as follows:

**CAPITAL ONE:** Incorrect balances, past-due amounts, and contradictory credit limits and payment history.

**FIFTH THIRD BANK NA:** Incorrect balances, past-due amounts, and contradictory account statuses.

**FIRST PREMIER BANK (two separate accounts):** Incorrect balances, past-due amounts, credit limits, and contradictory payment histories.

**MERRICK BANK:** Incorrect balances, past-due amounts, payment dates, and contradictory account statuses.

25. These accounts will be referred to as **"Accounts"** in this Complaint.

**Plaintiff Disputed Errors**

**But The False/Incomplete Information**

**On The Accounts Was Not Corrected Or Deleted By Defendant TransUnion**

26.     In or about **November 2023, Plaintiff** applied for an auto loan and was denied. Plaintiff thereafter obtained a copy of his consumer report and discovered inaccurate and incomplete information by **Defendant TransUnion.**

27.     On or about **December 19, 2023, Plaintiff** sent to **Defendant TransUnion** a written dispute letter related to the **Accounts**. (see Exhibit A for full details)

28.     The Accounts were clearly described and identified.

29.     The errors were clearly spelled out for **Defendant TransUnion** to understand the nature of the errors.

30.     The errors consisted of inaccurate information and incomplete information on each of the **Accounts.**

31.     **Defendant TransUnion** received the letter on or about **December 21, 2023.**

32.     It is unclear from the response of **Defendant TransUnion** as to whether it notified the furnishers of the Accounts so **Plaintiff** has pled **Defendant TransUnion** did not properly notify and the details will come out in the disposition and written discovery of **Defendant TransUnion.**

**Defendant TransUnion Conducts Investigations That Violate The FCRA As**
**Each Investigation Was Done Negligently And Intentionally Or Reckless Or**
**In Wanton Disregard Of Plaintiff And The FCRA**

33.     The disputes were simple - the specific inaccurate and incomplete information (and information that could not be verified) which were identified for each **Account.**

34.        **Defendant TransUnion** knew it was not allowed to report incomplete or inaccurate information or information that could not be verified but it did so anyway.

35.        These fundamental rules of credit reporting, as applied to **Plaintiff's Accounts**, were ignored, intentionally, recklessly, and.or negligently, by **Defendant TransUnion.**

36.        Had **Defendant TransUnion** looked in even the most cursory way at the dispute, it would have seen the errors were obvious, and the **Accounts** would have been corrected or deleted.

37.        **Defendant TransUnion** failed to correct or delete all of the **Accounts.**

38.        All actions of **Defendant TransUnion** fall woefully short of the requirements of the FCRA for **Defendant TransUnion** to do a reasonable investigation.

39.        If **Defendant TransUnion** had performed even a negligent investigation, it is more likely than not that the false and incomplete information would have been deleted from **Plaintiff's** credit reports.

40.        A reasonable investigation would have certainly resulted in the correction or deletion of the Accounts as the information related to the Accounts consisted of data directly from credit reports produced by **TransUnion.**

41.        The **Accounts** were described in detail, the errors were described in detail showing in words and in markings on the credit report pages, the missing (incomplete) information, the incorrect information, and the contradictory information and it was obvious **Defendant TransUnion** what needed to be done but refused to reasonably investigate the **Accounts.**

42.        **Defendant TransUnion** has refused to invest the time, money and effort to carry out its federally mandated duties of investigation.

43.	**Defendant TransUnion** negligently, recklessly, wantonly and/or willfully violated the requirement of a reasonable investigation of a reasonable investigation as required under the FCRA.

44.	The result is that obviously wrong, inaccurate, and/or incomplete, Accounts were allowed to stay on **Plaintiff's** credit reports.

45.	**Defendant TransUnion** has continued to report, even after its wrongful investigation, the Accounts and thus has failed to use all reasonable procedures to assure maximum possible accuracy of **Plaintiff's** credit reports.

46. .	**Defendant TransUnion** has allowed users to access Plaintiff's credit reports before the dispute, during the dispute time period, and even after the investigation (if any) by **Defendant TransUnion** were concluded.

47. .	Certainly, after **Plaintiff** notified **Defendant TransUnion,** it knew the Accounts should not and could not remain on Plaintiff's credit report unless corrected.

48. .	But **Defendant TransUnion** refused not only to properly investigate under Section 1681i but also refused to remove the Accounts under Section 1681e(b) which is the maximum possible accuracy section of the FCRA.

49.	By allowing the **Accounts** to remain on Plaintiff's credit reports with the inaccurate, incomplete, unverifiable and/or contradictory information, **Defendant TransUnion** created and allowed misleading information which would more likely than not mislead users of **Defendant TransUnion** reports to believe these **Accounts** were properly being reported and should be considered when evaluating Plaintiff for whatever purpose the users had when accessing Plaintiff's credit reports when in fact the **Accounts** were required by law to be deleted when

**Defendant TransUnion** decided to allow the **Accounts** to have inaccurate, incomplete, unverifiable and/or contradictory information.

50. The FCRA is clear that **Accounts** with inaccurate, incomplete, unverifiable and/or contradictory information are not allowed to remain on credit reports in a similar manner that obsolete accounts (even if they belong to consumer) are not allowed to remain on reports after the time period allowed by the FCRA.

51. **Defendant TransUnion** caused an inaccurate and misleading picture to appear of Plaintiff to users of reports by **Defendant TransUnion** when **Defendant TransUnion** refused to correct or delete the **Accounts** at issue.

### Defendant TransUnion Refused To Provide Plaintiff With A Full File Disclosure As Required By Section 1681g Of The FCRA

52. **Plaintiff** requested **Plaintiff's** full file disclosure under Section 1681g of the FCRA

53. The full file disclosure is more than what is provided in a consumer report or a credit report - it is all the information the credit bureau has on the consumer.

54. But **Defendant TransUnion** refused to give this to **Plaintiff.**

55. The law is very simple under Section 1681g - provide everything to **Plaintiff** that is in **Plaintiff's** file.

56. . **Defendant TransUnion** knew **Plaintiff** had requested this information and had identified who the **Plaintiff** was and requested the file be sent to **Plaintiff's** home address.

57. **Defendant TransUnion** refused to provide all the data contained in its files.

58. As one simple example, there are numerous Accounts with missing data, even though **Defendant TransUnion** has this data.

59.        Defendant TransUnion has deprived Plaintiff of Plaintiff's right to see everything in Plaintiff's file that is required to be provided to Plaintiff under section 1681g.

60.        Without having access to all the information in Plaintiff's file, Plaintiff is unable to determine if there is additional inaccurate/incomplete information that Plaintiff needs to be disputed had Plaintiff been given the full file as required by law.

## TransUnion Refused To Provide Plaintiff With The Method Of Verification And/Or Description Of Procedure Used To Determine Accuracy And Completeness As Required By Section 1681i

61.        Plaintiff specifically requested, as if Plaintiff's right under Section 1681i, an explanation of how the verification process worked and the basis for determining the accuracy and completeness of the information in the Accounts.

62.        Defendant TransUnion refused to do this.

63.        Defendant TransUnion has no right to refuse to this as Plaintiff met the requirements under Section 1681i.

64.        Defendant TransUnion refused to explain to Plaintiff why Defendant TransUnion is violating the law in this manner.

65.        Plaintiff has suffered actual damages because of these illegal actions by Defendant TransUnion in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions (and Plaintiff had physical manifestations of such emotions), damage to credit, economic loss, as well as suffering from unjustified and abusive invasions of personal privacy. All such damages have been suffered in the past, are continuing to be suffered, and such damages will continue in the future. All actions (and omissions) by any employee or agent of Defendant TransUnion were taken in the line and scope of such employment or agency relationship.

## CAUSE OF ACTION

### COUNT I
### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. § 1681e(b)

66.     **Defendant TransUnion** is a "consumer reporting agency" as defined at 15 U.S.C. § 1681a(e).

67.     **Plaintiff's** credit reports from **Defendant TransUnion** were repeatedly accessed prior to the dispute and after the dispute and any investigation by users of **Plaintiff's** credit reports.

68.     These users obtained copies of **Plaintiff's** credit reports containing the false, incomplete, and unverified information about the **Accounts** because **Defendant TransUnion** refused to make the **Accounts** accurate and complete or to delete the **Accounts.**

69.     **Plaintiff** notified **Defendant TransUnion** directly of a dispute on the **Accounts** completeness and accuracy.

70.     **Plaintiff** alleges that at all relevant times **Defendant TransUnion** failed to maintain and failed to follow reasonable procedure to assure maximum possible accuracy of **Plaintiff's** credit reports, concerning the Accounts in question, violating 15 U.S.C. § 1681e(b).

71.     **Defendant TransUnion** made the relevant information even more inaccurate and/or incomplete instead of increasing the accuracy and completeness of it.

72.     All actions taken by **Defendant TransUnion** were done with negligence.

73.     All actions taken by **Defendant TransUnion** were done with malice, was done willfully, and were done with either the desire to harm **Plaintiff** and/or that its actions would

very likely harm **Plaintiff** and/or that its action were taken in violation of the FCRA and/or that it knew or should have known that its actions were in reckless disregard of the FCRA.

74.     All actions allowed and contributed to and created misleading information to users on **Plaintiff's** credit reports with **Defendant TransUnion**

75.     All the violations of the FCRA approximately caused the injuries and damages set forth in this Complaint.

76.     All actions of **Defendant TransUnion** have proximately caused **Plaintiff** past and future monetary loss, past and future damage to **Plaintiff's** credit and credit worthiness, past and future mental distress and emotional anguish and other damages that will be presented to the trier of fact.

## COUNT II
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681g

77.     **Defendant TransUnion** is a "consumer reporting agency" as defined at 15 U.S.C. § 1681a(e).

78.     **Plaintiff** requested **Plaintiff's** file disclosure, but **Defendant TransUnion** refused to give Plaintiff the full file disclosure as required by the FCRA.

79.     All actions taken by **Defendant TransUnion** were done with negligence.

80.     All actions taken by **Defendant TransUnion** were done with malice, was done willfully, and were done with the desire to harm **Plaintiff** and.or that its actions would very likely harm Plaintiff and/or that its actions were taken in violation of the FCRA and/or that it knew or should have known that its actions were in reckless disregard of the FCRA.

81.     All the violations of the FCRA approximately caused the injuries and damages set forth in this Complaint.

82.      All actions **Defendant TransUnion** have proximately caused **Plaintiff** past and future monetary loss, past and future damages to **Plaintiff's** credit and credit worthiness, past and future mental distress and emotional anguish, and other damages that will be presented to the trier of the fact.

## COUNT III
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681i

83.      **Defendant TransUnion** is a "consumer reporting agency" as defined at 15 U.S.C. § 1681a(e).

84.      **Plaintiff** notified **Defendant TransUnion** directly of a dispute on the **Accounts** completeness and accuracy.

85.      **Defendant TransUnion** did not properly notify the furnishers of the Accounts of the dispute as required by the FCRA and this violates 15 U.S.C.§ 1681i.

86.      **Defendant TransUnion** failed to investigate, failed to delete information found to be inaccurate or incomplete, and/or failed to properly investigate Plaintiff's disputes in violation of 15 U.S.C.§ 1681i and this was done negligently and/or wantonly and willfully.

87.      **Plaintiff's** credit reports from **Defendant TransUnion** were accessed by users of Plaintiff's credit reports after the investigation (if any) by **Defendant TransUnion.**

88.      These users obtained copies of **Plaintiff's** credit reports containing the false, incomplete, and unverified information about the **Accounts** because **Defendant TransUnion** refused to correct or delete the **Accounts.**

89.      **Plaintiff** alleges the **Defendant TransUnion** failed to conduct a proper and lawful reinvestigation.

90.     **Defendant TransUnion** made the disputed information even more inaccurate and/or incomplete instead of increasing the accuracy and completeness of it.

91.     **Defendant TransUnion** refused to provide the method of verification which **Plaintiff** requested.

92.     All actions taken by **Defendant TransUnion** were done with negligence.

93.     All actions taken by **Defendant TransUnion** were done with malice, was done willfully, and were done with the either the desire to harm **Plaintiff** and/or that its actions would very likely harm **Plaintiff** and/or that its actions were taken in violation of the FCRA and/or that it knew or should have known that its actions were in reckless disregard of the FCRA.

94.     All actions allowed and contributed to and created misleading information to users on Plaintiff's credit reports with **Defendant TransUnion.**

95.     All the violations of the FCRA proximately caused the injuries and damages set forth in this Complaint.

96.     All actions of **Defendant TransUnion** have proximately caused Plaintiff past and future monetary loss, past and future damage to Plaintiff's credit and credit worthiness, past and future mental distress and emotional anguish, and other damages that will be presented to the trier of fact.

**COUNT IV**
**VIOLATIONS OF THE NY FCRA § 380**

97.     **Defendant TransUnion** is a "consumer reporting agency" as defined at 15 U.S.C. § 1681a(e).

98.     NY FCRA § 380-f(a) specifically provides that upon receipt of consumer's dispute, a CRA promptly re-investigate and record the current status of such information and

promptly notify the consumer of the result of its investigation, its decision on the status of the information and **Plaintiff;s** right pursuant to that section.

99.    In addition, NY FCRA § 380-f(b) specifically provides that when a "consumer reporting agency finds that an item is in error or that it can no longer be verified, it shall:

(1)    Promptly expunge the item and otherwise correct the file.

(2)    Refrain from reporting the item in subsequent consumer reports.

(3)    Clearly and conspicuously disclose to the consumer ger rights to make  request for notification and upon and request of the consumer, promptly notify any person designated by the consumer who has received information regarding the item during the previous year that an error existed and shall furnish such person with corrected information…"

100.    Here, a duty to conduct a reasonable investigation was triggered by **TransUnion** upon receipt of the FCRA Dispute Letter referenced in the above statement of facts.

101.    **Defendant** failed to conduct a reasonable investigation and failed to promptly correct the **"Accounts"** at issue.

102.    **Defendant** also failed to provide **Plaintiff** a notice of rights pursuant to NY FCRA § 380-f(b)(3).

103.    **Defendant's** failure to adequately re-investigate these disputes despite being given the information constitutes a knowing or at minimum a reckless disregard of the duties to **Plaintiff**.

104.    As such, **Defendants** violations were willful, rendering it liable for punitive damages in an amount to be determined by the court and costs pursuant to NY FCRA § 380-L.

105.    At a minimum, **Defendants** conduct was negligent in that it failed to use reasonable care and diligence in its obligations to the consumer rendering it liable for actual damages and cost pursuant to NY FCRA § 380-M.

106.    As a direct result of the above violations of the NY FCRA by **Defendant** is willfully and/or negligently liable to **Plaintiff** for actual damages, punitive damages, and costs pursuant to NY FCRA §§ 380-L and 380-M.

## JURY DEMAND

107.    **Plaintiff** hereby demands a trial of this action by jury.

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiff** respectfully request judgement be entered against Defendant as follows:

a.  Adjudging that **Defendant's** actions violated the FCRA;

b.  Adjudging that **Defendant's** actions violated the NY FCRA;

c.  Enjoying **Defendant** from persisting in violative behaviors and requiring **Defendant** to delete the accounts at issue in **Plaintiff's** credit report;

d.  Granting **Plaintiff** actual damages against Defendant pursuant to 15 U.S.C. §§ 1681n(a)(1)(A) and 1681o(a);

e.  Granting **Plaintiff** statutory damages against **Defendant** pursuant to 15 U.S.C. § 1681n(a)(1)(A);

f.  Granting **Plaintiff** punitive damages against **Defendant** pursuant 15 U.S.C. § 1681n(a)(2);

g.  Granting **Plaintiff** costs and fees against the **Defendant** pursuant to 15 U.S.C. §§ 1681n(c) and 1681o(b);

h.   Granting **Plaintiff** actual damages, punitive damages, and costs pursuant to NY FCRA §§ 380-L and 380-M;

i.  Awarding **Plaintiff** any pre-judgement and post judgement interest as may be allowed under the law; and

j.  Such other and further relief as the Court determines is just and proper.

Respectfully submitted,

Date: May 29, 2025

<u>*By: s/ Ryan Brown-Carter*</u>
Ryan Brown-Carter
120-46 200th St
Saint Albans, NY 11412
718-570-6175
workingcarter@gmail.com
Pro Se

cc: Andrew G. Hope via Email
*Counsel for Defendant*

# <u>Exhibit A</u>

## Request for Investigation

**Your options for requesting an investigation**
- Initiate an investigation at www.transunion.com/investigate **or**
- Complete and return this form to the address at the end of this form

**Once you submit your dispute:**
- TransUnion will contact the company that provided the information (lender or public record source) with a request to verify the accuracy of the information.
- The company will then advise TransUnion whether any changes should be made to the information.
- Upon conclusion, usually within 30 days of the date we receive your request, a report reflecting the results of the investigation will be mailed to you via first-class U.S. mail. Please allow 3-5 business days for mail delivery following the completion of our investigation.

**Step 1 - Enter Personal Information**
Please enter the following required information:

RYAN C BROWN-CARTER
Name                                                                File Number (FIN)

RYAN BROWN-CARTER
Other Name(s)

120-46 200TH ST, SAINT ALBANS NY 11412
Address

7 1 8 ) 5 7 0 - 6 1 7 5      SELF EMPLOYED
Telephone Number(s)                        Employer

1 0 1 - 8 4 - 7 9 6 9      0 7 / 1 5 / 9 5
Social Security Number                     Date of Birth (mm/dd/yy)

635 526 617
Driver's License Number

## PLEASE SEE ATTACHED DOCUMENTS

**Step 2 - Enter Investigation Details**
Please provide details on why items on your credit report may be inaccurate. Use additional space on the back of the page if necessary.

| Company Name: | Company Name: |
|---|---|
| Account #: | Account #: |

This information is inaccurate because:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other:

This information is inaccurate because:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other:

TransUnion

# Request for Investigation

| | |
|---|---|
| **Company Name:** _____ | **Company Name:** _____ |
| **Account #:** _____ | **Account #:** _____ |

This information is inaccurate because:

☐ This is not my account
☐ I have never paid late
☐ This account is in bankruptcy
☐ This account is closed
☐ I have paid this account in full
☐ I paid this before it went to collection or before it was charged off
☐ Other: _____

This information is inaccurate because:

☐ This is not my account
☐ I have never paid late
☐ This account is in bankruptcy
☐ This account is closed
☐ I have paid this account in full
☐ I paid this before it went to collection or before it was charged off
☐ Other: _____

**Step 3 - Enter Previous Address/Employer Corrections and Additional Comments (Optional)**
Please use this space for corrections to your previous address information, corrections to your previous employer information and for additional comments.

**Signature:** _~Ryn Budd~_

**Step 4 - Return this form to:**
TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

TransUnion





December 19, 2023

Ryan Brown-Carter
12046 200th St
Saint Albans, NY 11412

Transunion Consumer Relations
P.O. Box 2000
Chester, PA 19016

Dear Transunion,

I need my full file disclosure and I need you to only report information that is 100% accurate and complete on me. I do not want any incorrect, incomplete, or misleading information on my report.

I'm disputing false or inaccurate information on my credit report with you, and I want you to investigate and delete all false, incomplete, outdated, or unverifiable information related to my biographical information. This will help make sure you only have my correct information and will make identity theft or a mixed file less likely so thank you for only having the following information on me.

Here is the only correct personal information that you should be listing. All other information needs to be deleted:

My name: RYAN C BROWN-CARTER

My date of birth: JULY 15, 1995

My Social Security Number: XXX-XX-7969

My correct address: 120-46 200TH ST, SAINT ALBANS, NY 11412

My Telephone Number :718-570-6175

Please delete the following numbers: (718) 658-7002, (917) 943-3490, (347) 975-6815, (310) 591- 0509, (270) 390-3908

I am requesting that you and the furnishers do a full and thorough investigation of the following accounts that I am disputing. Please send a copy of this letter to each furnisher and I want you (and each furnisher) to do a proper investigation as required by law. To be clear, I am not asking you to ignore my letter. Or to send me form letters back refusing to investigate. Instead, I am asking you to take this very seriously as I take the accuracy of my report very seriously. It is vital that I have accurate and complete credit reports with all the information verified.

On my reports, there is contradictory, incomplete, and incorrect information that cannot be verified. I don't know if this is because the furnishers, who are unreliable sources of information, are giving false information. Or whether you are doing a poor job of reporting the data. Either way now is your chance to do the right thing and it is now the opportunity for the furnishers to do the right thing.

**For each account I list, make the information 100% complete and accurate (and verifiable) or delete the entire account.**
I'm not asking you to investigate some of these accounts. I want you to thoroughly and properly investigate each and every account described below and investigate and each and every error or missing information that I point out to you. And if there are errors or incomplete information, I'm missing that you see, then correct them or delete the entire account.

I'll identify each account and illustrate specifically what I believe Is wrong. I appreciate you properly investigating all the items I've identified below. Fix each and every error (including incomplete information) on every account or delete all accounts that you will not correct.

Upon completion of your reinvestigation, I am also requesting the business name, business address, and telephone number, if available that was used in connection with this reinvestigation. Please provide a description of the procedures used. If this reinvestigation results in a deletion, please provide notification to all persons who pulled my credit report in the last 6 months,

In addition, make sure you are not hiding information from me – I want to see everything in my file disclosure, and I want everything in my file to be 100% accurate and complete, and verifiable. Enclosed is my ID, Passport and relevant pages from my credit report.

**Summary of Accounts being challenged:**
**CHRYSLER CAPTIAL – EXHIBIT A**
**CITICARDS CBNA – EXHIBIT B**
**FIFTH THIRD BANK NA – EXHIBIT C**
**FIRST PREMIER BANK (0530) – EXHIBIT D**
**FIRST PREMIER BANK (2555) – EXHIBIT E**
**JOVIA FINANCIAL FCU (31799) – EXHIBIT F**
**JOVIA FINANCIAL FCU (0005) – EXHIBIT G**
**MERRICK BANK – EXHIBIT H**
**MISSION LANE TAB BANK – EXHIBIT I**
**CAPITAL ONE – EXHIBIT J**

# ACCOUNTS

# SEE EXHIBIT A

**ACCOUNT NAME: CHRYSLER CAPTIAL**
**ACCOUNT NUMBER: 3000013983942****

## INCOMPLETE INFORMATION

YOU REPORT AN INCOMPLETE ACCOUNT NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THIS ITEM WILL BE REMOVED AS 06/2024, WHAT IS THE ACTUAL DATE, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAYMENT FOR JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE DATE OF LAST PAYMENT FOR THIS ACCOUNT, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

## INACCURATE INFORMATION

YOU REPORT A MONTHLY PAYMENT OF. $0, PLEASE FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THAT THIS ACCOUNT WAS OPENED 10/13/2016, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT AN INACCURATE LOAN TYPE, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT $0 FOR PAYMENT RECEIVED, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THE TERMS AT $0 PER MONTH, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THE DATE CLOSED AT 10/31/2019, BUT DONT SHOW IT IN PAYMENT HISTORY, FIX THIS INCOMPLETE AND INACCURATE INFORMATION OR DELETE THIS ACCOUNT.

YOU REPORT DATE OF FIRST DELINQUENCY AS JULY 2019, HOW CAN THE ITEM BE REMOVED IN JUNE 2024, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT B

**ACCOUNT NAME: CITICARDS CBNA**
**ACCOUNT NUMBER: 542418126657****

## INCOMPLETE INFORMATION

YOU REPORT AN INCOMPLETE ACCOUNT NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JANUARY 2018 - MARCH 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE AMOUNT FROM OCTOBER 2018 - MARCH 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM APRIL 2019 - SEPTEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE AMOUNT FROM APRIL 2019 - SEPTMEBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM OCTOBER 2019 - MARCH 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE AMOUNT FROM OCTOBER 2019 - MARCH 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

YOU REPORT THE ESTIMATED MONTH AND YEAT FOR THIS ITEM TO BE REMOVED AS 06/2024, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

<u>**INACCURATE INFORMATION**</u>

YOU REPORT THAT THIS ACCOUNT WAS OPENED 09/2018, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT LAST PAYMENT MADE AS 08/2019 BUT THEN REPORT OCTOBER 2019, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT DATE CLOSED ON 10/19, BUT THEN SHOW A PAYMENT WAS MADE, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT C

**ACCOUNT NAME:  FIFTH THIRD BANK NA**
**ACCOUNT NUMBER:  88736\*\*\*\***

<u>**INCOMPLETE INFORMATION**</u>

YOU REPORT AN INCOMPLETE ACCOUNT NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE EXACT DATE THAT THIS ITEM WILL BE REMOVED FROM MY REPORT. FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM DECEMBER 2018 - MAY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE BALANCE FROM DECEMBER 2018 - MAY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM DECEMBER 2018 - MAY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JUNE 2019 - NOVEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

WHAT WAS THE PAST DUE FOMR JUNE 2019 - NOVEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAY OF JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM DECEMBER 2019 - MAY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT. '

WHAT WAS THE PAST DUE FROM DECEMBER 2019 - MAY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM DECEMBER 2019 - MAY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JUNE 2020 - NOVEMBER 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JUNE 2020 - NOVEMBER 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JUNE 2020 - JULY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT


## INACCURATE INFORMATION

YOU REPORT PAYMENT RECEIVED AS $0, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT LAST PAYMENT MADE 06/2021, BUT REPORT 07/21 AS LAST PAYMENT, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT $0 PER MONTH FOR TERMS, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THE DATE CLOSED ON 04/2023, BUT THEN REPORT THE ACCOUNT WAS CHARGED OFF, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A HIGH BALANCE OF $45,232 FROM 03/23, BUT SHOW A BALANCE OF $16,944, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT AN AMOUNT PAID ON MARCH 2023, BUT THEN ALSO REPORT THE ACCOUNT IS IN COLLECTION, FIX THIS INACCURTE INFORMATION OR DELETE THIS ACCOUNT.

# SEE EXHIBIT D

**ACCOUNT NAME: FIRST PREMIER BANK**
**ACCOUNT NUMBER: 517800660530****

## INCOMPLETE INFORMATION

YOU REPORT AN INCOMPLETE ACCOUNT NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THIS ITEM WILL BE REMOVED 06/2026, PROVIDE THE FULL DATE AS REQUIRED, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM FEBRUARY 2017 - JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM FEBRUARY 2017 - JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM FEBRUARY 2017 - JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM AUGUST 2017 - JANUARY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM AUGUST 2017 - JANUARY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM AUGUST 2017 - JANUARY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM FEBRUARY 2018 - JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

WHAT WAS THE PAST DUE FROM FEBRUARY 2018 - JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

WHAT WAS THE AMOUNT PAID FROM FEBRUARY 2018 - JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM AUGUST 2018 - JANUARY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

WHAT WAS THE PAST DUE FROM AUGUST 2018 - JANUARY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM AUGUST 2018 - JANUARY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM FEBRUARY 2019 - JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUEFROM FEBRUARY 2019 - JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM FEBRUARY 2019 - JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM AUGUST 2019 - JANUARY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM AUGUST 2019 - JANUARY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

## INACCURATE INFORMATION

YOU REPORT PAYMENT RECEIVED AS $0, FIX THIS INACCURATE INFORMATION OR DELETE THE ACCOUNT

YOU REPORT LAST PAYMENT WAS JUNE 2019, BUT THEN REPORT JULY 2019 AS LAST PAYMENT, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A HIGH BALANCE OF $1000 FROM 02 TO 12/23, BUT ONLY A BALANCE OF $996, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A CREDIT LIMIT OF $700 FROM 02/23 TO 12/23, BUT THIS ACCOUNT IS CLOSED, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT E

**ACCOUNT NAME: FIRST PREMIER BANK**
**ACCOUNT NUMBER: 517800672555****

**INCOMPLETE INFORMATION**

YOU REPORT AN INCOMPLETE NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT OR DELETE THIS ACCOUNT

YOU REPORT THIS ITEM WILL BE REMOVED 06/26, PLEASE PROVIDE THE EXACT DATE, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JANUARY 2018 TO JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JANUARY 2018 TO JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JANUARY 2018 TO JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JULY 2018 TO DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JULY 2018 TO DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JULY 2018 TO DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE. BALANCE FROM JANUARY 2019 TO JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JANUARY 2019 TO JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JANUARY 2019 TO JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JULY 2019 TO DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JULY 2019 TO DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JULY 2019 TO AUGUST 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT


## INACCURATE INFORMATION

YOU REPORT THE BALANCE TO BE $981, BUT THEN REPORT THE HIGHT BALANCE $984, FIX THIS INAUCCRATE INFORMATION OR DELETE THIS ACCOUNT.

YOU REPORT THE PAYMENT RECEIVED WAS $0, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT LAST PAYMENT WAS 06/2019, BUT THEN REPORT AUGUST 2019 AS LAST PAYMENT, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A HIGH BALANCE OF $984, BUT THEN REPORT A BALANCE OF $981, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A CREDIT LIMIT OF $800 FROM 02/23 TO 12.23, HOW IS THAT POSSIBLE WHEN ACCOUNT IS CLOSED, FIX THS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THIS ITEM WILL BE REMOVED 06/26, PLEASE PROVIDE THE EXACT DATE, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT F

**ACCOUNT NAME: JOVIA FINANCIAL FCU**
**ACCOUNT NUMBER: 51799****

**<u>INCOMPLETE INFORMATION</u>**

YOU REPORT AN INCOMPLETE ACCOUNT. NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THIS ITEM WILL BE REMOVED 09/25, REPORT THE EXACT DATE, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JANUARY 2017 TO JUNE 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JANUARY 2017 TO JUNE 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JANUARY 2017 TO JUNE 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JULY 2017 TO DECEMBER 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JULY 2017 TO DECEMBER 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JULY 2017 TO DECEMBER 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JANUARY 2018 TO JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JANUARY 2018 TO JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JANUARY 2018 TO JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JULY 2018 TO DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JULY 2018 TO DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JULY 2018 TO DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JANUARY 2019 TO JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JANUARY 2019 TO JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID FROM JANUARY 2019 TO JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JULY 2019 TO DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE PAST DUE FROM JULY 2019 TO DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE AMOUNT PAID ON DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT WAS THE BALANCE FROM JANUARY 2020 TO JUNE 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THE ACCOUNT

WHAT WAS THE PAST DUE FROM JANUARY 2020 TO JUNE 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THE ACCOUNT

## INACCURATE INFORMATION

YOU REPORT PAYMENT RECEIVED AS $0, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THE BALANCE AT $20,378, BUT YOU REPORT A HIGH BALANCE OF $21,909, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A CREDIT OF $20,000, HOW IS THAT POSSIBLE IF THIS ACCOUNT IS CHARGED OFF, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT NO REPORTING FOR OCTOBER 2018, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT NO RATING FOR NOVEMBER 2019, FIX THIS INCOMPLETE/INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING 3 MONTHS APRIL 2020 TO JUNE 2020 TO HAVE A RATING OF 120, HOW IS THAT POSSIBLE FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT G

**ACCOUNT NAME: JOVIA FINANCIAL FCU**
**ACCOUNT NUMBER: 470408600005\*\*\*\***

## INCOMPLETE INFORMATION

YOU ARE REPORTING AN INCOMPLETE NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHEN WAS THIS ACCOUNT OPENED, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THIS ITEM WILL BE DELETED 04/27, REPORT THE FULL DATE, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

WHAT IS THE BALANCE, PAST DUE, AMOUNT PAID FOR AUGUST 2015 TO JANUARY 2016, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AMOUNT PAID FOR FEBRUARY 2016 TO JULY 2016, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AMOUNT PAID FOR AUGUST 2016 TO JANUARY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT.

WHAT IS THE BALANCE, PAST DUE, AMOUNT PAID FOR FEBRUARY 2017 TO JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AND AMOUNT PAID FOR AUGUST 2017 TO JANAURY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AND AMOUNT PAID FOR FEBRUARY 2018 TO JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AND AMOUNT PAID FOR FEBRUARY 2018 TO JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AND AMOUNT PAID FOR FEBRUARY 2019 TO JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AND AMOUNT PAID FOR AUGUST 2019 TO JANUARY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE, PAST DUE, AND AMOUNT PAID FOR FEBURARY 2020 TO JULY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

## INACCURATE INFORMATION

YOU REPORT PAYMENT RECEIVED WAS $0, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THE LAST PAYMENT MADE AS 03/2020, BUT THEN REPORT APRIL 2020 AS LAST PAYMENT, FIX THIS INACCURATE INFORMATON OR DELETE THIS ACCOUNT

YOU REPORT THE DATE CLOSED AS 03/2020 AND THE LAST PAYMENT MADE IN THE SAME MONTH, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A RATING OF 120 DAYS FOR AUGUST 2020 - OCTOBER 2020, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT H

**ACCOUNT NAME: MERRICK BANK**
**ACCOUNT NUMBER: 412061402182****

## INCOMPLETE INFORMATION

YOU ARE REPORTING AN INCOMPLETE NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM FEBRUARY 2017 TO JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM FEBRUARY 2017 TO JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM FEBRUARY 2017 TO JULY 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM AUGUST 2017 TO JANUARY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM AUGUST 2017 TO JANUARY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM AUGUST 2017 TO JANUARY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM FEBRUARY 2018 TO JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM FEBRUARY 2018 TO JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM FEBRUARY 2018 TO JULY 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM AUGUST 2018 TO JANURY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM AUGUST 2018 TO JANURY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM AUGUST 2018 TO JANURY 2019. FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM FEBRUARY 2019 TO JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM FEBRUARY 2019 TO JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM FEBRUARY 2019 TO JULY 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM AUGUST 2019 TO JANUARY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM AUGUST 2019 TO JANUARY 2020, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION


## INACCURATE INFORMATION

YOU REPORT PAYMENT RECEIVED WAS $0, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT LAST PAYMENT 06/2019, BUT ALSO REPORT 07/2019 AS THE LAST PAYMENT, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT DATE CLOSED AS 11/2019, BUT SHOW 120 DAYS RATING, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A CREDIT LIMIT OF $1800, HOW IS THAT POSSIBLE WHEN THE ACCOUNT IS CLOSED, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT AN INACCURATE DATE FOR THIS ITEM TO BE REMOVED, FIX THIS INACCURATE INFORMATION WITH AN EXACT DATE OR DELETE THIS ACCOUNT

YOU REPORT 120 DAYS RATING FOR NOV 2019 & DECEMBER 2019, FIX THIS INACCURATE INFORMATION

# SEE EXHIBIT I

**ACCOUNT NAME: MISSION LANE TAB BANK**
**ACCOUNT NUMBER: 431503750834****

### INCOMPLETE INFORMATION

YOU ARE REPORTING AN INCOMPLETE ACCOUNT NUMBER, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE DATE FOR WHEN THIS ITEM WILL BE REMOVED, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM NOVEMBER 2021 - APRIL 2022, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM NOVEMBER 2021 - APRIL 2022, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM NOVEMBER 2021 - APRIL 2022, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU REMARK PRL REMARK ON NOVEMBER 2021, BUT THEN SHOW A PAYMENT RATING AS OK, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

### INACCURATE INFORMATION

YOU ARE REPORTING AN PAYMENT RECEIVED AS $0, PLEASE FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT DATE CLOSED 04/22, BUT THEN REPORT A 90 DAY RATING, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING A CREDIT LIMIT OF $300, HOWEVER THIS ACCOUNT IS CLOSED, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REMARK A CBC REMARK ON DEC 2021, BUT THEN SHOW A PAYMENT RATING AS OK, FIX THIS INACCURATE INFORMATION OR DELTE THIS ACCOUNT

YOU REMARK PRL REMARK ON NOVEMBER 2021, BUT THEN SHOW A PAYMENT RATING AS OK, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A PRL REMARK ON MAY 2022, BUT SHOW A RATING OF 120 DAYS, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A CBC REMARK ON HUNE 2022, BUT SHOW A RATING OF 120 DAYS, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A RATING OF 120 DAYS FOR MAY & JUNE 2022, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

# SEE EXHIBIT J

**ACCOUNT NAME: CAPITAL ONE**
**ACCOUNT NUMBER: 517805946632****

**INCOMPLETE INFORMATION**

YOU REPORT THIS ITEM WILL BE REMOVED 07/26, PROVIDE THE EXACT DATE, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM JANUARY 2017 - JUNE 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM JANUARY 2017 - JUNE 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM JANUARY 2017 - JUNE 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM JULY 2017 - DECEMBER 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM JULY 2017 - DECEMBER 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM JULY 2017 - DECEMBER 2017, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM JANUARY 2018 - JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM JANUARY 2018 - JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM JANUARY 2018 - JUNE 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM JULY 2018 - DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM JULY 2018 - DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM JULY 2018 - DECEMBER 2018, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM JANUARY 2019 - JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM JANUARY 2019 - JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM JANUARY 2019 - JUNE 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE BALANCE FROM JULY 2019 - DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE PAST DUE FROM JULY 2019 - DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

WHAT IS THE AMOUNT PAID FROM JULY 2019 - DECEMBER 2019, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

YOU ARE REPORTING AN INCOMPLETE PAYMENT HISTORY PROFILE FOR THE LAST 24 MONTHS, FIX THIS INCOMPLETE INFORMATION OR DELETE THIS ACCOUNT

**<u>INACCURATE INFORMATION</u>**

YOU REPORT LAST PAYMENT 06/2019, BUT SHOW LAST PAYMENT AS 07/2019, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT A CREDIT LIMIT OF $1300, BUT THE ACCOUNT IS CLOSED, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

YOU REPORT THE SAME RATING FOR NOVEMBER 2019 & DECEMBER 2019, FIX THIS INACCURATE INFORMATION OR DELETE THIS ACCOUNT

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I caused to be served a true and correct,

copy of the foregoing letter via USPS certified mail as follows:

Transunion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

Date: December 19, 2023

By: s/Ryan Brown-Carter
12046 200th St
Saint Albans, Ny 11412
(718)-570-6175
workingcarter@gmail.com

# ⊓ Staples.

Low price. Every item. Every day.

Store No: 0233

470 Route 211 East

Middletown, NY, 10940

(845) 343-4590

262626 00 026 03437

Receipt #: 03437                    05/30/2025 14:01

SALE

| Qty | Pages | Description | Amount |
|-----|-------|-------------|--------|
| 1 | 43 | Print From Email - 2821516 | 24.04 |
| | | - Letter 8.5 x 11" | |
| | | - Color (25 pages) | |
| | | - Black & White (18 pages) | |

| | |
|---|---|
| SubTotal | 24.04 |
| Standard Tax 8.125% | 1.95 |
| Total | USD $ 25.99 |

Visa #:***********4502 [ C ]

VISA DEBIT

Chip Read

Auth No.: 005513

Mode: Issuer

AID: A0000000031010

TVR: 8080008000

IAD: 06011203600000

TSI: 6800

ARC: 3030

NO CVM

**The Cardholder agrees to pay the Issuer of the charges card is accordance with the agreement between the Issuer and the Cardholder.**

Compare and Save

With Staples-brand products

THANK YOU FOR SHOPPING AT STAPLES!

# Major savings ahead!

## $25 OFF

### custom print orders of $125 or more.

**Coupon code: 48562**

Valid in Staples® U.S. stores, online at staples.com/services/printing, or in the Staples app. Not valid on weddings.staples.com. Excludes courier/delivery fees. While supplies last. Excludes business services, direct mail, shredding, shipping services, postage stamps, promotional products, scanning, faxing, self-service printing, self-service scanning, self-service faxing, custom checks and forms, engraved desk, door and wall signs, and computer workstation rentals. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied at checkout. Coupon not valid if purchased or sold and must be presented to associate if purchased in store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Business Advantage® In-store Purchase Program. Coupon value applied pre-tax. Expires 6/14/25.

⊓ Staples.

## $250 OFF

### custom print orders of $750 or more.

**Coupon code: 19955**

Valid in Staples® U.S. stores, online at staples.com/services/printing, or in the Staples app. Not valid on weddings.staples.com. Excludes courier/delivery fees. While supplies last. Excludes business services, direct mail, shredding, shipping services, postage stamps, promotional products, scanning, faxing, self-service printing, self-service scanning, self-service faxing, custom checks and forms, engraved desk, door and wall signs, and computer workstation rentals. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Minimum purchase requirement must be met with purchases to which no other coupon or instant savings offer applies. Tax and shipping not included in calculating the minimum purchase. Each item purchased can only be discounted by one coupon, applied at checkout. Coupon not valid if purchased or sold and must be presented to associate if purchased in store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Business Advantage® In-store Purchase Program. Coupon value applied pre-tax. Expires 6/14/25.

⊓ Staples.

## 40% OFF

### custom cards, invitations and photo gifts.

**Coupon code: 61210**

Valid in Staples® U.S. stores, online at staples.com/services/printing, or in the Staples app. Not valid on weddings.staples.com. Excludes courier/delivery fees. While supplies last. Limit one coupon per customer, nontransferable. Offer is subject to change or cancellation at any time. Each item purchased can only be discounted by one coupon, applied at checkout. Coupon not valid if purchased or sold and must be presented to associate if purchased in store. No cash/credit back. Not valid on prior purchases or purchases made with Staples Business Advantage® In-store Purchase Program. Coupon value applied pre-tax. Expires 7/5/25.

⊓ Staples.

WF02721



ORIGIN ID:FYUA   (718) 570-6175
RYAN BROWN-CARTER

120-46 200TH ST

SAINT ALBANS, NY 11412
UNITED STATES US

SHIP DATE: 30MAY25
ACTWGT: 1.00 LB
CAD: 263979808/INET4535

BILL SENDER

TO   **PRO SE DEPT**
**U.S.D.C.,E.D.N.Y.**
**225 CADMAN PLAZA EAST**

**BROOKLYN NY 11201**
(718) 613-2600     REF:
INV:
PO:               DEPT:

58GJ4/EA36/59F2

**FedEx** Express

E   J23202504080iuv

TRK#
0201   **8816 6109 0480**

MON - 02 JUN 5:00P
STANDARD OVERNIGHT

**XP EGXA**

11201

NY-US  EWR

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUN 0 2 2025  ★

BROOKLYN OFFICE

After printing this label:
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.