**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RYAN BROWN-CARTER,                                                    CASE NO. 1:25-cv-02158-HG-ARL

         Plaintiff,

    vs.

TRANSUNION LLC,

         Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FRCP 41(a)(1)(A)(ii)**

---

*Pro se* Plaintiff, RYAN BROWN-CARTER, and Defendant, TRANSUNION LLC, through counsel, hereby stipulate and agree that all claims and causes of action asserted by Plaintiff against the Defendant in the above-captioned action are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party shall bear their own costs, expenses, and attorneys' fees.

Date:    July 21, 2025

| | **BUCHANAN INGERSOLL & ROONEY PC** |
|---|---|
| *[signature]* | /s/ *Andrew G. Hope* |
| Ryan Brown-Carter | Andrew G. Hope (NY Bar ID No. 4266984) |
| 120-46 200th Street | 640 5th Avenue, 9th Floor |
| Saint Albans, New York 11412 | New York, New York 10019-6102 |
| (718) 570-6175 | (215) 665-5322 |
| workingcarter@gmail.com | andrew.hope@bipc.com |
| | |
| *Plaintiff Pro Se* | *Counsel for TransUnion LLC* |